Argued and submitted March 6, review dismissed as improvidently allowed
December 31, 1992

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## DAVID F. LLOYD,
*Petitioner on Review.*

## (CC 10-85-01398; CA A64781; SC S38665)

844 P2d 194

Jay Edwards, Salem, argued the cause and filed the petition for petitioner on review.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent on review.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.